District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA DE LA PAZ ROSAS and GUSTAVO ROSAS NAVARRO,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN[1], Secretary, Department of Homeland Security; ANNE ARRIES CORSANO, District Director, Seattle, WA, U.S. Citizenship and Immigration Services,<br><br>Defendants. | CASE NO. C17-1799-RSL<br><br>STIPULATED MOTION FOR REMAND AND [PROPOSED] ORDER OF DISMISSAL<br><br>**Noted on Motion Calendar:**<br>**January 30, 2018** |

## JOINT STIPULATION

The parties here by jointly STIPULATE AND AGREE that Plaintiff's naturalization application be remanded to USCIS for adjudication and issuance of a decision within twenty-one (21) days after entry of this Order. The parties further stipulate and agree that the Court may make and enter an order dismissing this case without prejudice and without costs or fees to either party.

---

[1] On December 6, 2017, Kirstjen Nielsen became the Secretary of the U.S. Department of Homeland Security. Therefore, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Kirstjen Nielsen is substituted for Elaine Duke as a defendant in this case.

STIPULATED MOTION FOR REMAND AND
[PROPOSED] ORDER OF DISMISSAL
C17-1799-RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | **SO STIPULATED.**

2 | Dated this 30th day of January, 2018.

3 | _s/ Bart Klein_
BART KLEIN, WSBA No. 10909
Law Offices of Bart Klein
4 | 605 First Avenue South, Suite 500
Seattle, Washington 98104
5 | Phone: 206-624-3787
Email: bart.klein@bartklein.com

6 |

7 | _Attorney for Plaintiff_

8 | **SO STIPULATED.**

9 | Dated this 30th day of January, 2018.

10 | ANNETTE L. HAYES
United States Attorney

11 | _s/ Christina Fogg_
CHRISTINA FOGG, WSBA No. WSBA #40159
Assistant United States Attorney
12 | United States Attorney's Office
700 Stewart Street, Suite 5220
13 | Seattle, Washington 98101-1271
Phone: (206) 553-7970
14 | E-mail: christina.fogg@usdoj.gov

15 | _Attorneys for Defendants_

16 | **[PROPOSED] ORDER**

17 | The parties having so stipulated, IT IS SO ORDERED. The case is hereby dismissed

18 | without prejudice and without costs or fees to either party.

19 | Dated this 1st day of Feb., 2018.

20 |

21 | _/s/ S Lasnik_
ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION FOR REMAND AND
[PROPOSED] ORDER OF DISMISSAL
C17-1799-RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970