The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA DE LA PAZ ROSAS & GUSTAVO ROSAS NAVARRO,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSEN, *et al.*,<br><br>Defendants. | No. 2:17-cv-01799-RSL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REOPENING CASE, STRIKING DKTS. 5 AND 6, AND RE-DISMISSING CASE**<br><br>**Noted for: February 12, 2018** |

**JOINT STIPULATION**

This case was inadvertently dismissed on the basis of a misfiled Stipulated Motion for Remand and [Proposed] Order of Dismissal (Dkt. #5) (filed January 30, 2018).[1] On the basis of this misfiled Stipulation, the Court remanded the case to U.S. Citizenship and Immigration Services ("CIS"), dismissed the matter, and closed the case on February 1, 2018. (Dkt. #6). However, since the time of the misfiled stipulation and dismissal, CIS granted the adjustment of status sought by Plaintiffs in this action. Accordingly, the parties now move to reopen the

---

[1] While parties had agreed to a stipulation on January 30, 2018, the correct content called for the case to be held in abeyance for 45 days. Defendant inadvertently filed a stipulation with the wrong content. The need for an abeyance has now been mooted for the reasons stated in this motion.

JOINT STIPULATION AND [PROPOSED]
ORDER REOPENING CASE AND DISMISSING CASE - 1
(2:17-cv-01799-RSL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

case only in order to strike Dockets #5 and #6 and dismiss it once again without prejudice and without costs or fees to either party.

SO STIPULATED.

Dated this 12th day of February, 2018.

ANNETTE L. HAYES
United States Attorney

*s/ Christina Fogg*
CHRISTINA FOGG, WSBA No. WSBA #40159
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4299
E-mail: christina.fogg@usdoj.gov

Attorneys for Defendants

SO STIPULATED.

Dated this 12th day of February, 2018.

*s/ Bart Klein*
BART KLEIN, WSBA #10909
Law Offices of Bart Klein
605 First Avenue South, Suite 500
Seattle, WA 98104
Telephone No. (206) 624-3787
E-mail: bart.klein@bartklein.com

Attorney for Plaintiffs

JOINT STIPULATION AND [PROPOSED]
ORDER REOPENING CASE AND DISMISSING CASE - 2
(2:17-cv-01799-RSL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

# [PROPOSED] ORDER

The parties having so stipulated, the Court hereby:

1. Reopens this matter;

2. Strikes dockets #5 and #6; and

3. Dismisses this matter without prejudice and without costs or fees to either party.

DATED this __21st__ day of __Feb.__, 2018.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

JOINT STIPULATION AND [PROPOSED]
ORDER REOPENING CASE AND DISMISSING CASE - 3
(2:17-cv-01799-RSL)